UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIVIAN A. HILL,

Plaintiff,

-against-

140 CLAREMONT OWNERS LTD.; TOTAL MANAGEMENT NYC; MOISES FARHAT MANAGEMENT CO.; SMITH BUSS & JACOBS LLP.,

Defendants.

25 CIVIL 02025 (LLS)

# **CIVIL JUDGMENT**

For the reasons stated in the June 11, 2026, order, the Court dismisses this action for the reasons set forth in this order, which are the reasons why the court denies Plaintiff the immediate injunctive relief she seeks in her OTSC. (See ECF 4.) The Court dismisses Plaintiff's claims under the FHA for failure to state a claim on which relief may be granted. See 28 U.S.C. § 1915(e)(2)(B)(ii).

SO ORDERED.

Dated: July 20, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge